1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   UNITED STATES OF AMERICA

9                         Plaintiff,                Case No. CR12-62-RSL

10       v.                                         **DETENTION ORDER**

11  JUAN MAGANA-GUZMAN,

12                        Defendant.

13  Offenses charged:

14       Conspiracy to Distribute Heroin and Methamphetamine and Conspiracy to Engage in

15  Money Laundering.

16  Date of Detention Hearing:  March 29, 2012.

17       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

18  and based upon the factual findings and statement of reasons for detention hereafter set forth,

19  finds that no condition or combination of conditions which the defendant can meet will

20  reasonably assure the appearance of the defendant as required and the safety of any other person

21  and the community.

22           **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

23       Defendant has been charged by indictment with a drug trafficking offense which carries a

DETENTION ORDER - 1

1  presumption of detention.  Defendant is not a citizen of the United States, and the Court received

2  no information about his personal history, residence, family ties, employment history, drug or

3  alcohol use, or health.  Because defendant is not a citizen, an immigration and customs detainer

4  has been lodged against him.  Under these circumstances, defendant has failed to overcome the

5  presumption of detention.  In addition, defendant through his attorney stipulated to detention.  It

6  is therefore **ORDERED**:

7      (1)    Defendant shall be detained pending trial and committed to the custody of the

8  Attorney General for confinement in a correctional facility separate, to the extent practicable,

9  from persons awaiting or serving sentences, or being held in custody pending appeal;

10     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11 counsel;

12     (3)    On order of a court of the United States or on request of an attorney for the

13 Government, the person in charge of the correctional facility in which Defendant is confined

14 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

15 connection with a court proceeding; and

16     (4)    The Clerk shall direct copies of this order to counsel for the United States, to

17 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

18 Officer.

19     DATED this 29th day of March, 2012.

20

21                          _____
                            BRIAN A. TSUCHIDA
                            United States Magistrate Judge

22

23

DETENTION ORDER - 2