The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>JUAN MAGANA-GUZMAN,<br><br>Defendant. | NO. CR12-0062RSL<br><br>ORDER TO EXTEN DUE DATE AND RESET NOTING DATE |

The Court, having considered the government's request and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion to Reduce Sentence (Dkt. 1643) and Motion for Documentation and to Clarify Sentence (Dkt. 1644) is extended to no later than May 5, 2025, and the Defendant's Motions are re-noted for June 9, 2025.

DATED this 8th day of April, 2025.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order to Extend Due Date - 1
*United States v Magana-Guzman,* CR12-062RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970