The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MAGANA-GUZMAN,<br><br>Defendant. | NO. CR12-0062RSL<br><br>ORDER TO EXTEND DUE DATE AND RESET NOTING DATE |

The Court, having considered the government's request to further extend the response due date, and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion to Reduce Sentence (Dkt. 1643) and Motion for Documentation and to Clarify Sentence (Dkt. 1644) is further extended to no later than May 15, 2025, and the Defendant's Motions are re-noted for June 6, 2025.

DATED this 23rd day of April, 2025.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Lyndsie Schmalz*
LYNDSIE SCHMALZ
Assistant United States Attorney

Order to Extend Due Date - 1
*United States v Magana-Guzman,* CR12-062RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970